IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL TERRY**  **PETITIONER**
ADC #149998

v.  Case No: 2:24-cv-00119-LPR

**DEXTER PAYNE,**
*Director, ADC*  **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 9). No objections have been filed, and the time to do so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED without prejudice for lack of jurisdiction. A certificate of appealability will not issue. The Clerk is instructed to close this case.

IT IS SO ORDERED this 29th day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE