IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL TERRY**  PETITIONER
ADC #149998

v.  Case No: 2:24-cv-00119-LPR

**DEXTER PAYNE,**
*Director, ADC*  RESPONDENT

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 29th day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE